**Stay GRANTED and Order filed April 2, 2019.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-19-00274-CV
_____

## IN RE PREVENTATIVE PEST CONTROL HOUSTON, LLC AND NICHOLAS ANTHONY CHARLES, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-01076**

---

## ORDER

On April 1, 2019, relators Preventative Pest Control Houston, LLC and Nicholas Anthony Charles filed a petition for writ of mandamus in this court. Relators ask this court to order the Honorable Donna Roth, Judge of the 295th District Court, in Harris County, Texas, to set aside her February 25, 2019 and March

25, 2019 orders entered in trial court number 2016-01076, styled *Karen Ackermann v. Preventative Pest Control, LLC. and Nicholas Charles Anthony*, compelling relators to produce non-existent lists of information as part of pretrial discovery.

Relators also have filed a motion asking this court for temporary stay of proceedings in the trial court below. *See* Tex. R. App. P. 52.8(b), 52.10. Relators seek a stay of proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relators will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' request for a stay and issue the following order:

We **ORDER** all proceedings in trial court cause number 2016-01076, *Karen Ackermann v. Preventative Pest Control, LLC. and Nicholas Charles Anthony*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests real party in interest Karen Ackermann to file a response to the petition for writ of mandamus on or before **April 17, 2019.** *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Jewell and Bourliot.